IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES WRIGHT-EL,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       2:15cv677-MHT
                              )           (WO)
COMMISSIONER: JEFFERSON S.    )
DUNN, et al.,                 )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) The plaintiff's motion for a preliminary injunction (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 30th day of November, 2015.**

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**